IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 PM 12: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CONNIE VANOVER,

    Plaintiff,

VS.                      NO. 03-2638-Ma/V

AMERICAN AIRLINES, INC.,

    Defendants.

## ORDER OF DISMISSAL

The parties have submitted a Stipulation of Dismissal in this matter indicating that this matter may be dismissed.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice, each party to bear its own costs, including attorney's fees.

Entered this 3d day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-6-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:03-CV-02638 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

S. Keenan Carter
WALLER LANSDEN DORTCH & DAVIS, PLLC
511 Union St.
Ste. 2700
P.O. Box 198966
Nashville, TN 37219--896

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Connie Vanover
7275 Amberly Way
Cordova, TN 38018

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT