UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -9 PM 3: 38

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CONNIE VANOVER,

    Plaintiff,

v.                                        Cv. No. 03-2638-Ma

AMERICAN AIRLINES, INC.,

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order of Dismissal, docketed June 6, 2005. Each party shall bear its own costs and attorney's fees.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 8, 2005
_____
DATE

ROBERT R. DI TROLIO

_____
CLERK

(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:03-CV-02638 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

S. Keenan Carter
WALLER LANSDEN DORTCH & DAVIS, PLLC
511 Union St.
Ste. 2700
P.O. Box 198966
Nashville, TN 37219--896

Connie Vanover
7275 Amberly Way
Cordova, TN 38018

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Honorable Samuel Mays
US DISTRICT COURT